UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. | CIVIL ACTION |
| VERSUS | |
| | NO. 15-2278 |
| LA CONQUISTADORA RESTAURANT, LLC<br>d/b/a and a/ka TAQUERIA SANCHEZ<br>LA CONQUISTADORA AND CARMELA DIAZ | SECTION "N" (3) |

**O R D E R**

    Counsel are reminded that the Court's Order of October 28, 2015 (Rec. Doc. 12) requires them to contact the assigned magistrate judge's office to schedule a settlement conference, which must be held on or before __**APRIL 1, 2016**__. Accordingly;

    **IT IS ORDERED** that counsel shall inform the Court within seven (7) days as to whether the assigned magistrate judge can accommodate the parties, and if so, the date of the settlement conference. If the parties have scheduled a private mediation, counsel shall so inform the Court.

    New Orleans, Louisiana, this 8th day of March, 2016.

                                            **KURT D. ENGELHARDT**
                                         **UNITED STATES DISTRICT JUDGE**