UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC. | * | CASE NO. 2:15-cv-2278 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: KURT D. ENGELHARDT |
| LA CONQUISTADORA RESTAURANT, LLC D/B/A AND A/K/A TAQUERIA SANCHEZ LA CONQUISTADORA AND CARMELA DIAZ | * * * * | |
| | * | MAGISTRATE JUDGE: |
| | * | DANIEL E. KNOWLES, III |

## JUDGMENT

Considering the Court's written order (Rec. Doc. 26),

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of the plaintiff and against the defendants, La Conquistadora Restaurant, LLC d/b/a and a/k/a Taqueria Sanchez La Conquistadora and Carmela Diaz, as to the 47 U.S.C. 605(a) claim in the amount of $10,000.00 pursuant to section 605 (e)(3)C(i)(II) and enhanced damages of $10,000.00 pursuant to section 605(e)(3)(C)(ii), as well as plaintiff's reasonable costs and attorney's fees. All other claims are dismissed.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the issue of costs and reasonable attorney's fees is REFERRED to the assigned United States Magistrate Judge for a report and recommendation.

New Orleans, Louisiana this 18th day of May 2016.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE